**Order filed January 14, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00848-CV
_____

### CRYSTAL MOORE, Appellant

### V.

### COPPERTREE VILLAGE HOLDINGS LLC D/B/A COPPERTREE VILLAGE, Appellee

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1140337**

## O R D E R

Appellant's brief was due December 23, 2019. No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before **February 13, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.